his two uncles, and the difference between the ages of the two daughters as given by the father and his own age was not so great that he would not have known them had the relationship which he claimed existed.

The District Court therefore found that there was some substantial evidence upon which the order of deportation was based and denied the petition as beyond its jurisdiction.

The decree of the District Court is affirmed.

---

**A. B. MORRIS and Paul Morris, Plaintiffs In Error, v. UNITED STATES, Defendant In Error.**

Circuit Court of Appeals, Eighth Circuit.
May 4, 1928.

No. 7985.

See, also, 26 F.(2d) 444.

Lewis J. Bicking, Guy Wilson, Franklin H. Griggs, and Wash E. Hudson, all of Tulsa, Okl., for plaintiffs in error.

John M. Goldesberry, U. S. Atty., and W. B. Blair, Asst. U. S. Atty., both of Tulsa, Okl.

PER CURIAM. Writ of error as to Paul Morris dismissed, without costs to either party in this court, on suggestion of death, etc.

---

**Paul MORRIS, Plaintiff In Error, v. UNITED STATES, Defendant In Error.**

Circuit Court of Appeals, Eighth Circuit.
May 4, 1928.

No. 8000.

Lewis J. Bicking, Guy Wilson, Franklin H. Griggs, and Wash E. Hudson, all of Tulsa, Okl., for plaintiff in error.

John M. Goldesberry, U. S. Atty., and W. B. Blair, Asst. U. S. Atty., both of Tulsa, Okl.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on suggestion of death, etc.

---

**M. R. OSTEEN, Appellant, v. S. J. NICHOLS, as Trustee in Bankruptcy of J. J. GOSS, Bankrupt, Appellee.**

Circuit Court of Appeals, Fifth Circuit.
October 19, 1928.

No. 5348.

Frank Armfield, of Concord, N. C., and Mark B. Eubanks, of Rome, Ga. (L. T. Hartsell and M. B. Sherrin, both of Concord, N. C., on the brief), for appellant.

Barry Wright, of Rome, Ga. (Jno. K. Davis, of Cedartown, Ga., and Willingham, Wright & Covington, of Rome, Ga., on the brief), for appellee.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM. This is an appeal from a decree canceling a conveyance of land to appellant made by a bankrupt a short time before the filing of the voluntary petition under which he was adjudged bankrupt. We are of opinion that the evidence adduced, exclusive of that the admission of which over objection is complained of, was such as to require the conclusion that the attacked deed was invalid as to the bankrupt's creditors. The court did not err in so adjudging.

The decree is affirmed.

---

**PENNSYLVANIA RAILROAD CO., Appellant, v. Herbert L. HOLLY, Appellee.**

Circuit Court of Appeals, Third Circuit. October 24, 1928.

No. 3915.

John A. Hartpence, of Jersey City, N. J., for appellant.

Richard J. Mackey, of Jersey City, N. J., for appellee.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM. Affirmed on the law of Grand Trunk Railway Co. v. Ives, 144 U. S. 408, 417, 12 S. Ct. 679, 36 L. Ed. 485, discussed and reviewed in Norfolk & Western Railway Co. v. Hauser (C. C. A.) 211 F. 567, 571, 572.